UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                      :

DIGITAL LENDING SERVICES US CORP.,    :

                          Plaintiff,       :

                                                :                24-CV-4219 (VSB)

                        -against-          :

                                                :                    **ORDER**

SUMMER ENERGY, LLC, *et al.*,          :

                        Defendants.  :

                                                :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In accordance with my comments made during the January 24, 2025 post-discovery conference in this matter, it is hereby:

       ORDERED that Plaintiff shall file any motion for summary judgment no later than February 21, 2025. Defendants shall file any opposition no later than March 14, 2025. Plaintiff shall file any reply no later than March 28, 2025.

SO ORDERED.

Dated:     January 24, 2025
              New York, New York

                                                             _____
                                                              VERNON S. BRODERICK
                                                               United States District Judge