> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 02/24/2025
>
> Defendants shall file any application for continued sealing (in whole or in part) of the deposition at Doc. 43-1 no later than March 14, 2025.
>
> If Defendants do not file such application, the Court will order Doc. 43 unsealed.

Re:   *Digital Lending Services US Corp. v. Summer Energy, LLC and Summer Energy Holdings, Inc.*, Case No. 1:24-cv-04219

Dear Judge Broderick:

My firm, Foley & Lardner LLP, represents Plaintiff Digital Lending Services US Corp. ("Plaintiff") in the above-referenced matter. Pursuant to Rule 5.B.iii.b. of Your Honor's Individual Rules and Practices, Plaintiff submits this letter request temporarily to seal and file the Exhibit 1 to the Declaration of Sara P. Madavo ("Madavo Decl.") in Support of Plaintiff's Motion for Summary Judgment.

Exhibit 1 to the Madavo Decl. is the transcript from the deposition of Defendants' Rule 30(b)(6) Corporate Representative and Neil Leibman. While Plaintiff does not believe that the transcript contains any confidential information, because among other things Defendants have returned the errata without communicating that any portion of the transcript should be designated confidential, pursuant to Paragraph 6 of the parties' Stipulated Protective Order (ECF No. 26), "[a]ll deposition transcripts and exhibits shall be treated as Confidential and subject to this Order until thirty (30) days after the final transcript is received, unless otherwise agreed." Since the deposition transcript was received less than 30 days ago (on January 27, 2025), and in accordance with the Stipulated Protective Order, we request to file this document under provisional sealing status to provide Defendants with an opportunity to make confidentiality designations and seek to seal or redact the transcript, should they choose to do so.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sara P. Madavo*
Sara P. Madavo, Esq.

cc: All counsel of record (via ECF)